UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.                                        CASE NO: 8:07-cv-1254-T-26MAP

FIRST DATA CORPORATION, et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Motion for Order Establishing Procedure for *Markman* Hearing (Dkt. 90) is denied.  Furthermore, the parties are put on notice that because of this Court's current involvement in a nine-defendant criminal trial which will carry over into next week, it is probable that the *Markman* hearing scheduled for next week will have to be rescheduled.  The Court will contact the parties no later than next Monday with regard to this issue.

      **DONE AND ORDERED** at Tampa, Florida, on May 15, 2008.

                        s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record