UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

   Plaintiff,

v.                                                 CASE NO: 8:07-cv-1254-T-26MAP

FIRST DATA CORPORATION, COMDATA
STORED VALUE SOLUTIONS, INC.,
INCOMM HOLDINGS, INC., and
VALUTEC CARD SOLUTIONS, LLC,

   Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Unopposed Motion to Stay Execution Against Costs Bills Pending Appeal and Approval of Supersedeas Bond (Dkt. 124) is granted. Execution against the costs previously taxed against Plaintiff in the sum of $3,915.51 is stayed pending appeal upon Plaintiff posting a supersedeas bond in the sum of $5,000.00.

**DONE AND ORDERED** at Tampa, Florida, on June 26, 2008.

                                              s/*Richard A. Lazzara*
                                           **RICHARD A. LAZZARA**
                                           **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record