UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.                                      CASE NO: 8:07-cv-1254-T-26MAP

FIRST DATA CORPORATION, INC.,
et al.,

    Defendants.
_____/

## AMENDED ORDER

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Release of the $5,000 Supersedeas Bond Posted on July 16, 2008 (Dkt. 128) is granted. The Clerk is directed to release the funds in the manner set out in Plaintiff's Motion (Dkt. 128).

**DONE AND ORDERED** at Tampa, Florida, on December 23, 2009.

                                      s/Richard A. Lazzara
                                      RICHARD A. LAZZARA
                                      UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record